United States District Court
Middle District of Florida
Jacksonville Division

**CATHY HANSEN,**

    *Plaintiff,*

v.                                                                                              No. 3:19-CV-1416-J-20PDB

**PAYSPAN, INC.,**

    *Defendant.*

___

# Order

The parties move for entry of a stipulated confidentiality agreement. Doc. 15. Under Federal Rule of Civil Procedure 26(c), the Court **grants** the motion in part, Doc. 15, and adopts the language of the confidentiality agreement and its exhibit 1 with the following addition to paragraph 10 and the understanding that paragraph 11 does not apply to documents filed with the Court.

In seeking to file a document under seal, the parties will comply with Local Rules 1.09 and 3.01(g). The parties understand that designating a document as confidential does not govern whether the Court will file it under seal. *See Brown v. Advantage Eng'g, Inc.*, 960 F.2d 1013, 1016 (11th Cir. 1992) (explaining that because matter brought to court for resolution is no longer just parties' case, fact that parties entered into confidentiality agreement is immaterial). If the presumption of public access applies, the Court will balance factors to determine if the presumption should be overcome; if the presumption of public access does not apply, the Court will apply

the good cause standard in Rule 26(c). *See F.T.C. v. AbbVie Prods. LLC*, 713 F.3d 54, 63–64 (11th Cir. 2013) (explaining type of document entitled to presumption); *Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007) (describing pertinent factors).

**Ordered** in Jacksonville, Florida, on February 4, 2020.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c: Counsel of record